**Order filed August 12, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00087-CR

_____

## JAMES MARK JOKEL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. CR15254**

### O R D E R

Appellant, James Mark Jokel, recently sent this court two motions: a motion requesting permission to file a pro se brief and a motion to retire appellate counsel and allow Appellant to proceed pro se in this appeal. We received both motions on July 29, 2021.[1] Appellant's court-appointed counsel filed a brief on behalf of

---

[1]We note that Appellant began sending pro se correspondence to this court in July 2020, shortly after the case became at issue. We have received, but not filed, the various pro se documents and have informed Appellant that he is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981).

Appellant on June 2, 2020.  The State filed its brief on July 2, 2020.  Because this case was at issue for over a year prior to Appellant sending this court his request to proceed pro se in this appeal, Appellant's request to represent himself in this appeal was not timely asserted.  *See Hubbard v. State*, 739 S.W.2d 341, 343–45 (Tex. Crim. App. 1987).

Accordingly, this court will not file or consider Appellant's pro se motions or Appellant's pro se brief.

PER CURIAM

August 12, 2021

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.